PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Terry Wayne Shores                Case Number: 3:10-CR-00201-01

Name of Judicial Officer: The Honorable John T. Nixon, U. S. District Judge

Date of Original Sentence: February 3, 2011

Original Offense: 18 U.S.C. § 513(a), Possession of a Forged Securities

Original Sentence: 5 years' probation

Type of Supervision: Probation                Date Supervision Commenced: February 3, 2011

Assistant U.S. Attorney: To be assigned                Defense Attorney: Isaiah S. Gant

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _____ day of _April_, 2014,
and made a part of the records in the above case.

U. S. District Judge
John T. Nixon

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date      April 1, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **Shall not commit another federal, state, or local crime:**

On March 16, 2014, Terry Wayne Shores was arrested for Driving Under the Influence (DUI) by the Tennessee Highway Patrol, working in Rutherford County, Tennessee.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Shores on March 17, 2014, to discuss the arrest. Mr. Shores stated he went out to eat dinner and consumed four to five Long Island Tea's between 5:00 p.m. and 10:00 p.m. He took his date home and after leaving, he ran off the side of the road and was arrested. Mr. Shores will be referred for an alcohol intake and assessment.

Mr. Shores has been unemployed for five months and states he will have a job beginning on April 1, 2014, and he resides alone.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Shores be continued on probation. The Court will be notified of the disposition so it may determine if any further action is necessary.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer